# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JANE DOE

VERSUS

KYLE POULICEK

NO. 2018 CW 1508

**OCT 1 2 2021**

---

In Re:   Jane Doe, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 214372.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.** At a hearing on a protective order, the petitioner must prove the allegations of abuse by a preponderance of the evidence. See La. R.S. 46:2135(B). Proof is sufficient to constitute a preponderance of the evidence when the entirety of the evidence, both direct and circumstantial, shows that the fact sought to be proved is more probable than not. **Head v. Robichaux**, 2018-0366 (La. App. 1st Cir. 11/2/18), 265 So.3d 813, 816. A trial court's decision to issue or deny a protective order is reversible only upon a showing of an abuse of discretion. **Id.** at 817. Additionally, the trial court sitting as a trier of fact is in the best position to evaluate the demeanor of the witnesses, and its credibility determinations will not be disturbed on appeal absent manifest error. **Id.** We find that the trier of fact did not abuse its discretion in dismissing the relator's petition for protective order as the relator did not meet her burden of proof.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT